Darin T. Judd (SBN 160475)
Eric D. McFarland (SBN 214245)
THOMPSON WELCH SOROKO & GILBERT, LLP
3950 Civic Center Drive, Suite 300
San Rafael, CA 94903
Telephone:    (415) 448-5000
Facsimile:    (415) 448-5010

Attorneys for Defendant
FILBIN LAND & CATTLE CO., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>        Plaintiff,<br><br>    vs.<br><br>FILBIN LAND & CATTLE CO., INC., a California corporation; and DOES 1 through 10,<br><br>        Defendants. | Case No.  2:13-cv-01429-TLN-KJN<br><br>**ORDER:  EXTENDING TIME TO FILE ANSWER** |

   Plaintiff, SCOTT JOHNSON and Defendant, FILBIN LAND & CATTLE CO., INC., having stipulated, by and through their respective attorneys, that Defendant FILBIN LAND & CATTLE CO., INC. shall have up to and including February 20, 2014, to file its answer to Plaintiff SCOTT JOHNSON's complaint in this matter, and that an order should be entered confirming said stipulation, the Court hereby confirms that stipulation and extends the Defendant's time to file a responsive pleading to the complaint herein, to and including February 20, 2014.

   Any future requests to extend time shall be accompanied by reasons for said request otherwise the parties risk having this Court deny said requests.

IT IS SO ORDERED:

Dated: February 7, 2014

_____
Troy L. Nunley
United States District Judge

-1-
ORDER:  EXTENDING TIME TO FILE ANSWER